NIPPON STEEL CORPORATION, Plaintiff, v. UNITED STATES, Defendant, and U.S. STEEL GROUP, A Unit of USX Corporation, ISPAT INLAND INC., GALLATIN STEEL, IPSCO STEEL, INC., STEEL DYNAMICS, INC., and WEIRTON STEEL CORPORATION, Defendant-Intervenors.

Consol. Court No. 99–08–00466

## JUDGMENT

RESTANI, Judge: Upon consideration of the Final Results of Redetermination Pursuant to Court Remand filed by the United States Department of Commerce in the above-captioned action on December 2, 2003, all other papers and proceedings herein, and the lack of comment thereon, it is hereby,

ORDERED that the Final Results of Redetermination Pursuant to Court Remand are affirmed in all respects.